# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 10-3083** **September Term 2010**

**1:04-cr-00446-TFH-51**

**Filed On: September 8, 2010** **[1264670]**

United States of America,

Appellee

v.

Juan Jose Martinez Vega, also known as Chiguiro, also known as Gentil Alvis Patino,

Appellant

**O R D E R**

The notice of appeal was filed on September 1, 2010, and docketed in this court on September 8, 2010. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs. It is, on the court's own motion,

**ORDERED** that

Mr. Richard Keith Gilbert
Law Office of Richard K. Gilbert
601 Pennsylvania Avenue, NW
Suite 900 South Building
Washington, DC 20004-0000

a member of the bar of this court, be appointed to represent appellant. It is

**FURTHER ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | September 23, 2010 |
| Entry of Appearance Form | September 23, 2010 |
| Transcript Status Report | September 23, 2010 |

It is

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 10-3083** **September Term 2010**

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Appointed Counsel Only:
- Criminal Docketing Statement Form
- Entry of Appearance Form
- Transcript Status Report Form
- Instructional Cover Letter to Appointed Counsel
- Time and Expense Worksheets